FILED

SEP 16 2019

STEPHANIE J. BUTLER, CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF NC

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

**IN RE:**

**GARY TODD SMITH**
**ANNE HEDGECOE SMITH**

**CASE NO. 18-04359-5-JNC**
**CHAPTER 7**

**DEBTORS.**

**MOTION TO RECONSIDER ORDER DIRECTING RULE 2004 EXAMINATION**

I, Anne Hedgecoe Smith, respectfully request this Court reconsider its Order Directing Rule 2004 Examination of me. I believe Rule 2004 is improper as I am not a Debtor of either R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC ("Movants"). Rule 2004 provides that "an entity other than a debtor shall not be required to attend as a witness unless lawful mileage and witness fee for one day's attendance shall be first tendered. If the debtor resides more than 100 miles from the place of examination when required to appear for an examination under this rule, the mileage allowed by law to a witness shall be tendered for any distance more than 100 miles from the debtor's residence at the date of the filing of the first petition commencing a case under the Code or the residence at the time the debtor is required to appear for the examination, whichever is the lesser." As stated, I am not a Debtor of the movants and Movants have asked me to travel greater than 100 miles. Movants with their attorneys are well aware that I cannot afford counsel and are knowingly trying to circumvent the rules to harass me and further torture my husband who can do nothing to help me because he is in federal prison. My husband, Gary Todd Smith, is the actual debtor of the Movants, and is already ordered to pay $63,491,769.08 in restitution, which includes the Movants as well as a judgement against him for $26,125,761.18 It is also my understanding that Rule 2004 is improper given Movants have filed an adversary proceeding.

Dated: 9/13/2019

Anne Hedgecoe Smith
ANNE HEDGECOE SMITH
ADDRESS
420 Holly Lane
Fayetteville, NC 28305

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **MOTION TO RECONSIDER ORDER DIRECTING RULE 2004 EXAMINATION** on all named interested parties as set forth below by depositing a copy of same in the U.S. Postal Service mail, first class postage prepaid, or as shown otherwise:

Marjorie Lynch (via U.S. Mail)
Bankruptcy Administrator
434 Fayetteville St., Ste 640
Raleigh, NC 27601

Daniel C. Bruton (via U.S. Mail)
Bell, Davis & Pitt, P.A.
PO Box 21029
Winston-Salem, NC 27120-1029

DATED: 9/13/2019

Anne Hedgecoe Smith
ANNE HEDGECOE SMITH
ADDRESS
420 Holly Lane
Fayetteville, NC 28305