**SO ORDERED.**

**SIGNED this 9 day of October, 2019.**

**Joseph N. Callaway**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**FAYETTEVILLE DIVISION**

**IN RE:**

**GARY TODD SMITH**
**ANNE HEDGECOE SMITH**

**CASE NO. 18-04359-5-JNC**
**CHAPTER 7**

**DEBTORS.**

**ORDER DIRECTING RULE 2004 EXAMINATION**

THIS MATTER comes before the Court on the Motion to Reconsider Order Directing Rule 2004 Examination filed *pro se* by Anne Hedgecoe Smith ("Mrs. Smith"). A hearing on the matter was held in Fayetteville, North Carolina, on September 26, 2019. William H. Kroll appeared on behalf of Mrs. Smith; and Daniel Bruton appeared on behalf of R1A Palms, LLC, Triple Net Exchange, LLC, MK Investing, LLC, and BNK Smith, LLC ("Movants"). After reviewing the record and hearing the arguments of counsel, IT IS HEREBY ORDERED:

1. On or before October 28, 2019, Mrs. Smith will provide the following documents that are in her possession, either physically or electronically, to Movants and Movants shall be responsible for any reasonable cost, if any:

a. All statements for any bank account, savings account, checking account or money market accounts, maintained by the Debtors, on which the Debtors have or have had drawing privileges, to which the Debtors have made deposits, or from which the Debtors have made withdrawals or in which the Debtors have had any kind of interest, whether legal or equitable, for the period January 1, 2015 through the present;

b. All statements for any and all money market accounts, mutual fund accounts, brokerage accounts, IRA or Roth IRA accounts, retirement accounts, or 529 educational accounts, maintained by the Debtors, on which the Debtors have or have had

drawing privileges, to which the Debtors have made deposits, or from which the Debtors have made withdrawals or in which the Debtors have had any kind of interest, whether legal or equitable, for the period January 1, 2015 through the present;

c. All personal financial statements provided by the Debtors, or either of them, to any person or entity during the period January 1, 2015 through the present;

d. All documents concerning or relating to the transfer of any property by the Debtors with a value in excess of $2,500 for the period of January 1, 2015 through the present; and

e. All tax returns for the Debtors for tax year 2015 through the present.

2. On or before November 25, 2019, Mrs. Smith shall appear and be examined, under oath, in either Raleigh, North Carolina, or Fayetteville, North Carolina. Mrs. Smith may select the city.

END OF DOCUMENT